IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>THIRD POINT OFFSHORE FUND, LTD.,<br>THIRD POINT ULTRA, LTD.,<br>THIRD POINT PARTNERS QUALIFIED L.P.,<br>and THIRD POINT LLC,<br><br>              Defendants. | Civil Action No.  1:15-cv-01366-KBJ |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION AND
CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g) BY DEFENDANTS**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), defendants Third Point Offshore Fund, Ltd., Third Point Ultra, Ltd., Third Point Partners Qualified L.P., and Third Point LLC (collectively "Third Point"), by their attorneys, submit this description of all written or oral communications by or on behalf of Third Point with any officer or employee of the United States concerning or relevant to the proposed final judgment filed in this action on August 24, 2015 (the "Proposed Final Judgment").  In accordance with Section 2(g), this description excludes any communications, "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. § 16(g).

To the best of Third Point's knowledge, after appropriate inquiry, no written or oral communications have been made by or on behalf of Third Point with any officer or employee of the United States concerning or relevant to the Proposed Final Judgment.  Third Point certifies

15142024.6

that the requirements of Section 2(g) have been complied with and, to the best of Third Point's knowledge, that this description of communications by or on behalf of Third Point and required to be reported under Section 2(g) is true and complete.

Respectfully submitted this 3rd day of September, 2015.

        WILLKIE FARR & GALLAGHER LLP

        /s/ Theodore C. Whitehouse
        Theodore C. Whitehouse
        D.C. Bar No. 298331
        Willkie Farr & Gallagher LLP
        1875 K Street, N.W.
        Washington D.C. 20006-1238
        Tel:  (202) 303-1000

        William H. Rooney
        D.C. Bar No. 3861114
        (Not admitted in the United States District Court for the District of Columbia)
        Willkie Farr & Gallagher LLP
        787 Seventh Avenue
        New York, NY  10019-6099
        Tel:  (212) 728-8000
        *Attorneys for Third Point Offshore Fund, Ltd., Third Point Ultra, Ltd., Third Point Partners Qualified L.P., and Third Point LLC*